**Order entered December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00640-CR

### CLAUDIA LASHA JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F14-75910-J**

## ORDER

We construe Riann C. Moore's December 15, 2015 letter as a motion to substitute counsel and extend the time to file appellant's brief. So construed, the motion is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **January 20, 2016**.

Riann C. Moore is substituted for Kathleen Walsh as appellant's counsel of record. We **DIRECT** the Clerk to send all correspondence to Riann C. Moore, Assistant Public Defender, 133 N. Riverfront Blvd., 9th Floor, LB 2, Dallas, Texas 75207-4313; telephone: (214) 653-3550; facsimile: (214) 653-3539.

/s/     ADA BROWN
           JUSTICE